FILED
United States Court of Appeals
Tenth Circuit

September 19, 2011

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**TENTH CIRCUIT**

UNITED STATES OF AMERICA,

  Plaintiff - Appellee,

v.

JAMES A. MCKEIGHAN,

  Defendant - Appellant.

No. 11-3044
(D.C. Nos. 2:10-CV-02542-JWL &
2:06-CR-20066-JWL-1)
(D. Kan.)

**ORDER**

Before **LUCERO**, **GORSUCH** and **MATHESON**, Circuit Judges.

This matter is before the court on Mr. McKeighan's 28 U.S.C. § 2255 application for a certificate of appealability. In light of this court's September 8, 2011 order in related case no. 08-3204, this court lifts the June 6, 2011 order of abatement and dismisses this matter as moot without prejudice to Mr. McKeighan's later submitting a 28 U.S.C. § 2255 motion as an original filing. We grant Mr. McKeighan's motion to proceed in forma pauperis. A copy of this order shall stand as the mandate of the court.

        ENTERED FOR THE COURT

        Scott M. Matheson, Jr.
        Circuit Judge